IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00029-01/06-CR-W-HFS |
| JESSIE L. ANDREWS, | ) | |
| | ) | |
| CARLOS R. BRANDON, | ) | |
| | ) | |
| DAYRON T. JOHNSON, | ) | |
| | ) | |
| PHILLIP ELLIS, and | ) | |
| | ) | |
| DARNEICE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF PROCEEDINGS

On June 6, 2005, I held a scheduling conference in this case. The government was represented by Assistant United States Attorneys P.J. O'Connor and Gregg Coonrod. Defendant Jessie Andrews was present with retained counsel Patrick Peters. Defendant Carlos Brandon was present with appointed counsel Bruce Houdek. Defendant Dayron Johnson was present with appointed counsel Robin Fowler. Defendant Phillip Ellis was present with Assistant Federal Public Defender Anita Burns. Defendant Darneice Johnson was represented by retained counsel Daniel Ross.

The parties represented to the court that the first date on which all parties and their counsel will be available and ready for trial is December 5, 2005, the second week of the November 28, 2005 criminal jury trial docket.

1

Counsel for the government indicated that this has been an open-file case and that the government's discovery file has been made available to all defense counsel. No discovery motions are anticipated.

Defense counsel indicated that any pretrial motions could be filed by Tuesday, July 5, 2005. Any government response to pretrial motions shall therefore be filed by Tuesday, July 26, 2005. Any evidentiary hearings on pretrial motions will be set for the week of August 29, 2005.

The pretrial conference in this case will be set in a separate order.

/s/Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
June 6, 2005